UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-80054-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONTAVIOUS M. BLAKE,

    Defendant.
_____/

**GOVERNMENT'S RESPONSE TO REQUEST FOR SUMMARY OF
EXPERT TESTIMONY, BASIS FOR OPINION, AND
QUALIFICATIONS PURSUANT TO FED.R.CRIM.P. §16(a)(1)(E)**

The United States of America, through the undersigned Assistant United States Attorney, hereby files this response to defendant's request for a written summary of experts' qualifications, basis and reason for opinions, and the witnesses' opinions pursuant to Fed.R.Crim.P. §16(a)(1)(E):

1.    **Michael D. McFarlane**
      **Electronics Engineer**
      **Federal Bureau of Investigation**

   A.    STATEMENT OF QUALIFICATIONS:

      Electronics Engineer
      Federal Bureau of Investigation
      Quantico, Virginia

      Responsibilities consist primarily of performing forensic examinations on cellular telephones, tablets and devices contained within them, such as memory cards and SIM cards and developing tools and techniques to assist with these examinations.

B.  **EDUCATION**

Aug. 1999 – May 2004   Christopher Newport University
Bachelor of Science (B.S.), Computer Engineering, Computer Science

C.  **FORENSIC EXAMINATION EXPERIENCE**

Over 200 electronic devices have been examined in support of over 75 cases

### Basis of Opinion

EE McFarlane conducted a forensic examination on the Coolpad Quattro 4G (5860E) Cellular Telephone number 561-727-7483 and Coolpad Quattro 4G (5860E) Cellular Telephone number 561-907-2842 to determine if there were remnants of information that could determine the user of the phone and if the phones were used to facilitate sex trafficking. In addition, EE McFarlane acquired data from the phones including text messages, images, call logs, search terms, GPS location, internet history, login and logouts from various web sites. McFarlane labeled the evidence and performed a bit by bit image of the hard drives.

### General Opinion

EE McFarlane located numerous images and text messages and internet activity related to sex trafficking. The activity that occurred on the cellular phones indicated that the phones were used in the sex trafficking of females and was linked to both Blake or Moore.

    **2.**    **Ricardo Soto**
          **Senior Forensic Examiner**
          **CART FBI Miami Division**

    **C.**    **STATEMENT OF QUALIFICATIONS**:

CV Will be provided separately

### Basis of Opinion

SFE Soto conducted a forensic examination on the Huawei Ascend Cellular Telephone number 561-727-7483 to determine if there were remnants of information that could determine the user of the phone and if the phones were used to facilitate sex trafficking. In addition, SFE Soto acquired data from the phones including text messages, images, call logs, search terms, GPS location, internet history, login and logouts from various web sites. Soto labeled the evidence and performed a bit by bit image of the hard drives.

### General Opinion

SFE Soto located numerous images and text messages and internet activity related to sex trafficking. The the activity that occurred on the cellular phone indicated that the phone was used in the sex trafficking of females and was linked to Blake.

### Conclusion

You are hereby advised that the above is a summary only, and not an exhaustive explanation of the scientific terminology, the tests performed, and the results noted.

    **DEMAND FOR RECIPROCAL DISCOVERY**: The government submits it has fully

complied with its obligations under Federal Rule of Criminal Procedure 16(a)(1)(E) with respect to the witness referenced above. If defense counsel believes the government's response to be deficient.

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

       s/LOTHROP MORRIS
By: LOTHROP MORRIS
    ASSISTANT U.S. ATTORNEY
    Florida Bar # 0095044
    500 Australian Avenue, Suite 400
    West Palm Beach, FL 33401
    (561) 820-8711
    (561) 820-8777 (FAX)
    LOTHROP.MORRIS@USDOJ.GOV

## Certificate of Service

      I HEREBY CERTIFY that on June 26, 2014, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.

                                  S/ LOTHROP MORRIS
                                  LOTHROP MORRIS
                                  ASSISTANT UNITED STATES ATTORNEY