| # | Number | Date | Direction | Message | Read |
|---|---|---|---|---|---|
| 1679 | 7862228900 Lasha M Reg Bo* | 5/30/2012 1:52:30 PM (UTC+0) | Sent | I need ten | |
| 1680 | 5617276895 Work Phone* | 5/29/2012 10:17:09 AM (UTC+0) | Sent | I gotta leave its no gud here its not healthy fo him for me not sleepin or eating or getting hit like a man | |
| 1681 | 5617276895 Work Phone* | 5/29/2012 10:06:18 AM (UTC+0) | Sent | Its safer for me to leave anyway when it comes to him | |
| 1682 | 5617276895 Work Phone* | 5/29/2012 10:02:10 AM (UTC+0) | Sent | I think that fair enough to ask | |
| 1683 | 5617276895 Work Phone* | 5/29/2012 10:01:17 AM (UTC+0) | Sent | U do u n im be gone by this weekend keep the money n car just keep me a phone on till I can get a job | |
| 1684 | 5617276895 Work Phone* | 5/29/2012 9:58:21 AM (UTC+0) | Sent | U kno this isnt goin work out both of us kno that lets stop kiddin our selfs | |
| 1685 | 5617276895 Work Phone* | 5/29/2012 6:38:46 AM (UTC+0) | Sent | It will serve u right if ur son cum out worse den mines fo the same reasons | |
| 1686 | 5617276895 Work Phone* | 5/29/2012 6:37:47 AM (UTC+0) | Sent | U blk my eye and cant even give a cig if I dont answer ur phones cause my head hurts an im exusted u kno this shit not workin | |
| 1687 | 5616676656 5616676656* | 5/29/2012 6:29:29 AM (UTC+0) | Sent | U bak ova this way yet | Yes |
| 1688 | 561-293-0571 | 5/29/2012 2:12:03 AM (UTC+0) | Sent | ? | |
| 1689 | 561-293-0571 | 5/29/2012 2:06:07 AM (UTC+0) | Sent | U gud | |
| 1690 | 347-465-3291 Cassandra * | 5/28/2012 10:49:27 PM (UTC+0) | Sent | Time | Yes |
| 1691 | 561-667-6656 5616676656* | 5/28/2012 10:45:16 PM (UTC+0) | Sent | Yo | Yes |
| 1692 | +13474653291 Cassandra * | 5/28/2012 10:36:50 PM (UTC+0) | Sent | Later | Yes |
| 1693 | 5612930571 | 5/28/2012 8:57:58 AM (UTC+0) | Sent | U gud | |
| 1694 | 561-541-5119 | 5/28/2012 1:11:32 AM (UTC+0) | Sent | Sorry a lil busy did u want to c me | |
| 1695 | 7726344987 120 Old* | 5/27/2012 5:43:13 PM (UTC+0) | Sent | Yes | |