IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 13-80054-CR-Mara

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TARA JO MOORE,

    Defendant.
_____/

**DEFENDANT, MOORE'S, MOTION TO
ADOPT DEFENDANT, BLAKE'S, RESPONSE TO
GOVERNMENT'S MOTION IN LIMINE TO BAR
EVIDENCE OF CONSENT AND TO EXCLUDE PRIOR
SEXUAL HISTORY OF VICTIM (D.E. #204)**

    The Defendant, Tara Jo Moore, by and through her undersigned counsel, moves this Honorable Court to Adopt the Defendant, Blake's, Response to Government's Motion in Limine to Bar Evidence of Consent and to Exclude Prior Sexual History of Victim, filed on July 9, 2014 (D.E. #204).

    WHEREFORE, the Defendant, Tara Jo Moore, respectfully moves this Court for leave to adopt the Response filed by Defendant, Blake.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that this document was electronically filed with the Clerk of Court using the CM/ECF system and a copy was provided through the

CM/ECF system to all counsel of record, on this  10th day of July, 2014.

                                                Respectfully submitted,

                                                /s/ Peter T. Patanzo
                                                Peter T. Patanzo, Esquire
                                                Benjamin, Aaronson, Edinger & Patanzo, P.A.
                                                1 Financial Plaza, Suite 1615
                                                Fort Lauderdale FL 33394
                                                (954) 779-1700 Phone
                                                (954) 779-1771 Fax
                                                ppatanzo@bellsouth.net