UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80054-CR-MARRA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DONTAVIOUS BLAKE,
TARA JO MOORE,

        Defendants.
_____/

### ORDER ON MOTION TO SUPPRESS ITEMS OBTAINED FROM MICROSOFT EMAIL ACCOUNTS

THIS CAUSE is before the Court upon Defendant Tara Jo Moore's Motion to Suppress Items Obtained from Microsoft Email Accounts [DE 179]. This Court having reviewed the pertinent portions of the record and being duly advised in the premises, it is hereby

ORDERED and ADJUDGED that the Motion is DENIED. The Court finds that there was probable cause to support the issuance of a search warrant for Defendant Moore's e-mail account snowbunny561@hotmail.com. The Court also finds that the search warrant was not overbroad; it was sufficiently particularized and properly limited to items that constituted evidence of the alleged crimes.

The Court also rejects Defendants' assertion that the United States was required to have the internet service provider sort through the e-mails in the account in order to determine what e-mails were responsive to the warrant. While the United States Supreme Court held that the All Writs Act, 28 U.S.C. § 1651, can be used to require third parties to take action to enforce Court orders, *United States v. New York Telephone Company,* 434 U.S. 159, 171-78 (1977), in arriving

at that decision, the Court considered the fact that the request at hand was not "in any way burdensome . . . and compliance with it required minimal effort on the part of the Company and no disruption to its operations." *Id.* at 175. Such would not be the case if all internet service providers were routinely required to sort through all e-mails and other digitally stored data when responding to properly authorized search warrants issued for users of their services. More importantly, however, employees of such companies could not be expected to know what is and what is not responsive to the warrant, or what would or would not have evidentiary value.

In the absence of any statutory enactments or binding case authority that places these types of requirements on law enforcement authorities seeking relevant evidence of criminal activity, the law enforcement officers in this case acted reasonably and in good faith in drafting and executing the search warrant.

Defendant Dontavious Blake's Motion to Adopt Motion to Suppress Evidence obtained from Microsoft Email Accounts [DE 183] is GRANTED.

DONE and ORDERED in West Palm Beach, Florida, this 13th day of July, 2014.

KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE

Copies provided to:

All counsel