UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80054-CR-MARRA/MATTHEWMAN

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

TARA JO MOORE,

      Defendant.

_____/



## ORDER AFTER IN CAMERA REVIEW OF CONFIDENTIAL RECORDS

THIS CAUSE was initially before the Court upon Defendant, Tara Jo Moore's ("Defendant") Motion to Disclose Confidential Records ("Motion") [DE 192]. This Court previously granted the Motion [DE 203]. The Court also issued a Sealed Order directing the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida, to submit for *in camera* review particular portions of the juvenile delinquency records for T.H. and H.S. *See* DE 202.

The Circuit Court timely provided the records. The Court has carefully reviewed each and every document produced and has determined that all of the documents should be provided to defense counsel for Defendant Moore and to counsel for the Government.[1] The documents being produced are filed under seal as an exhibit to this Order, and copies will be sent to defense counsel for Defendant Moore and government counsel.

Based on the foregoing, it is **ORDERED AND ADJUDGED** that the documents produced by the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County,

---

[1] Defendant Blake has not moved to adopt Defendant Moore's Motion [DE 192]. In the event Defendant Blake moves to adopt said Motion, and if this Court grants said request, then copies of the documents will be provided to counsel for Defendant Blake.

Florida, shall be filed under seal and produced to defense counsel for Defendant Moore and government counsel simultaneous with the issuance of this Order so that defense counsel and the Government can review them prior to Defendants' trial. Defense counsel may review the produced documents with Defendant Moore but may not leave a copy of the documents with Defendant Moore. Defense counsel and government counsel shall maintain the documents as confidential and shall not show or produce said documents to any third parties except to defense investigators or paralegals working on this case, government agents, investigators, or paralegals working on this case, or any experts retained or utilized by the parties. The Government may, of course, also show these documents to and review these documents with T.H. and H.S. Additionally, the undersigned is not making any finding regarding the admissibility of the documents or information contained therein at trial. That determination would best be left up to United States District Judge Kenneth A. Marra at the time of trial.

    **DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 14th day of July, 2014.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE