UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80054-CR-MARRA

UNITED STATES OF AMERICA,

        Plaintiff,

vs

DONTAVIOUS M. BLAKE,
TARA JO MOORE,

        Defendants.
_____/

## ORDER RESETTING TRIAL

**THIS CAUSE** came before the Court upon a status conference held on July 21, 2014. After statements from the parties and consideration of the record, it is hereby

**ORDERED and ADJUDGED** that the trial previously scheduled for July 21, 2014, is hereby reset for the two-week trial calendar beginning **October 27, 2014**. Calendar Call is set for **October 24, 2014 at 9:00 a.m.** in West Palm Beach, Florida.

**THE COURT FURTHER FINDS** that the period of delay resulting from the granting of this continuance, to and including the date the trial commences, shall be deemed excludable time in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*. In particular, due to an unexpected family emergency of counsel for Defendant Moore, said counsel could not properly prepare for and effectively represent Defendant Moore at the scheduled trial. Defendant Moore and Defendant Blake are codefendants and a severance has not been granted. A continuance of the trial was

granted at the request of Defendant Moore in order to assure she has competent representation at her trial. Thus, the ends of justice served by granting the continuance for the benefit of Defendant Moore outweigh the best interest of the public and the defendants with regard to a speedy trial pursuant to 18 U.S.C. § 3161(h)(6), (h)(7)(A)and (h)(7)(B)(iv) because Defendant Moore would otherwise be denied effective preparation, representation and continuity of counsel.

**DONE and ORDERED** in chambers, in West Palm Beach, Florida on this 22nd day of July, 2014.

_____
KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE

Copies furnished to:
  All counsel of record