UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80054-CR-MARRA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DONTAVIOUS M. BLAKE,
TARA JO MOORE,

        Defendant.
_____/

## ORDER GRANTING MOTION TO RECONSIDER ORDER EXCLUDING EXPERT WITNESS

THIS CAUSE is before the Court upon the United States' Motion to Reconsider Order Excluding Expert Witness [DE 220]. This Court having reviewed the pertinent portions of the record and being duly advised in the premises, it is hereby

ORDERED and ADJUDGED as follows:

The Court excluded the government's expert witnesses because the disclosure of the witnesses was not timely and the late disclosure would have prejudiced Defendants in their ability to defend against the proposed testimony. Since the Court's ruling, the case was continued at the request of Defendant Tara Jo Moore. Thus, the underlying rationale for the Court's prior ruling no longer exists. Based on the new trial date, Defendants will have sufficient time to evaluate the proposed expert testimony and to obtain an expert of their own if they so choose. The Court finds that the initial late disclosure was not done in bad faith, and any previous prejudice is now cured. Thus, the United States may seek to admit the testimony of these proposed expert witnesses. This ruling is without prejudice to Defendants seeking to

exclude the testimony at the time it is offered at trial.

By way of guidance to the parties, the Court understands that the United States seeks to admit the testimony of these experts relative to its claim that Defendants used certain types of narcotic drugs as a means of coercing alleged victims to engage in illicit sexual conduct.  The United States asserts that the testimony of the experts will assist the jurors in understanding the types of drugs involved, the physical and psychological effects the drugs have on individuals, the topic of withdrawal sickness and the its effects relative to the issue of alleged coercion.  If the Court does permit the witnesses to testify, the testimony will be limited to those areas of inquiry.  The witnesses will not be permitted to offer opinions that the victims were "coerced."

In view of the foregoing, the motion of the United States is GRANTED.

DONE and ORDERED in West Palm Beach, Florida, this 26th day of August, 2014.

KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE

Copies provided to:

All counsel