UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: **13-80054-Cr.-MARRA/MATTHEWMAN**

**UNITED STATES OF AMERICA,**

vs.

**DONTAVIOUS M. BLAKE,**
       a/k/a "D", and
**TARA JO MOORE,**

       Defendants,
_____/

## NOTICE OF FILING STATEMENT

**COMES NOW**, the United States of America, by and through the undersigned counsel, hereby files this notice that on or about April 24, 2013, during a proffer of K.C. she made a statement that she had not acted as a prostitute for Dontavious Blake or Tara Jo Moore.  K.C. stated that she lived in the defendant's townhouse and witnessed the prostitution activities.

**WHEREFORE**, the United States respectfully files this notice of statement of K.C.

                                  Respectfully submitted,

                                  WIFREDO A. FERRER
                                  UNITED STATES ATTORNEY

                              s/   LOTHROP MORRIS
                        By: LOTHROP MORRIS
                            ASSISTANT U.S. ATTORNEY
                            Florida Bar # 0095044
                            500 Australian Avenue, Suite 400
                            West Palm Beach, FL 33401
                            (561) 820-8711
                            (561) 820-8777 (FAX)
                            LOTHROP.MORRIS@USDOJ.GOV

## Certificate of Service

I HEREBY CERTIFY that on October 22, 2014, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.

S/ LOTHROP MORRIS
LOTHROP MORRIS
ASSISTANT UNITED STATES ATTORNEY