UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO; 13-80054-CR-MARRA

UNITED STATES of AMERICA,
    Plaintiff,

v.

TARA JO MOORE,
    Defendant.
_____/

ORDER

THIS CAUSE is before the Court upon the Defendant's Motion for CJA Funds to have a video taped interview transcribed. This Court having reviewed the pertinent portions of the record and being duly advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

The Defendant's Motion for Funds is hereby GRANTED.

IT IS FURTHER ORDERED AND ADJUDGED that because this request is being made on an expedited basis for trial purposes the Court will authorized the expedited rates for compensation.

DONE AND ORDERED in West Palm Beach, Florida, this 4th day of November, 2014.

_____
KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE

cc:    All Counsel