UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.   13-80034-CR-MARRA

UNITED STATES OF AMERICA,

       Plaintiff,

vs

DONTAVIOUS M. BLAKE,
TARA JO MOORE,

       Defendants.
_____/

NOTICE OF FILING JURY QUESTIONS/NOTES TO THE COURT

Steven M. Larimore, Clerk of Court

*s/ Irene Ferrante*
By: Irene Ferrante
Date: 11/6/14

We have reached A Verdict