## POSITION OF PARTIES WITH
## RESPECT TO SENTENCING FACTORS

**RE:** Moore, Tara Jo

**SD/FL PACTS NUMBER:** 114902

**DOCKET NO:** 113C 9:13CR80054-002

**OBJECTIONS DUE BY:** 1/2/2015

**DATE AVAILABLE FOR DISCLOSURE:** 12/16/14

---

I have read the presentence investigation completed by the United States Probation Office.

_____  There are no disputed facts.

_____  There are unresolved factual disputed which are attached.

Any objections counsel may have must be submitted to the U. S. Probation Office **within fourteen (14) days of the receipt of the presentence report**, at which time the U.S. Probation Office will prepare for the Court an addendum indicating any unresolved factual disputes or objections by counsel. **Unless otherwise ordered by the Court, objections will be filed in CM/ECF or provided directly to Chambers by the probation office under confidentiality protections**.

| | | |
|---|---|---|
| _____<br>Tara Moore | _____<br>(Date) | West Palm Beach, Florida |
| _____<br>Peter Patanzo | _____<br>(Date) | Fort Lauderdale |
| _____<br>Lothrop Morris | _____<br>(Date) | West Palm Beach |

Return To:  Frances Weisberg
U.S. Probation Officer
Flagler Center Building
501 South Flagler Drive, Suite 400
West Palm Beach, FL 33401