UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 13-80054-CR-MARRA

UNITED STATES OF AMERICA,

vs.

TARA JO MOORE,

Defendant.
_____/

## GOVERNMENT'S OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files this Objection to the Presentence Investigation Report[1] for Tara Jo Moore, and states as follows:

### I. FACTUAL OBJECTIONS

1.  The United States does not formally object to the recitation of facts set forth in ¶¶ 4 through 37 ("The Offense Conduct") but would merely note that this statement is a summary of the case. Therefore, the United States, while not objecting to the essential accuracy of these facts, does not fully adopt the statement as its own. Rather, the United States moves to supplement the facts contained in the Offense Conduct section of

---

[1] The United States received additional information recently which triggered the filing of these objections. The objections were due on December 30, 2014 and thus are untimely.

1

the PSR with the facts presented to the jury at trial in this case.

2. The PSR, ¶86, lines 4 through 7: The United States objects to the facts relating to lines 4 through 7 because it lacks foundation and it is unreliable hearsay that is not corroborated by any credible evidence.

3. The PSR, ¶88: The United States objects to the facts relating to paragraph 88 because it lacks foundation and it is unreliable hearsay that is not corroborated by any credible evidence.

4. The PSR, ¶95: The United States objects to the facts relating to paragraph 95 because it lacks foundation and it is unreliable hearsay that is not corroborated by any credible evidence.

5. The PSR, ¶97: The United States objects to the facts relating to paragraph 97 because it lacks foundation and it is unreliable hearsay that is not corroborated by any credible evidence.

6. The PSR, ¶136: The United States objects to the inclusion of mental health treatment in paragraph 136 because there is no factual basis to support the necessity of such treatment.

**WHEREFORE**, the United States of America respectfully files this Objection to the Presentence Investigation Report.

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

        <u>s/LOTHROP MORRIS</u>
By: LOTHROP MORRIS
    ASSISTANT U.S. ATTORNEY
    Florida Bar # 0095044
    500 Australian Avenue, Suite 400
    West Palm Beach, FL 33401
    (561) 820-8711
    (561) 820-8777 (FAX)
    <u>LOTHROP.MORRIS@USDOJ.GOV</u>

## Certificate of Service

I HEREBY CERTIFY that on January 9, 2015, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.

                                        S/ LOTHROP MORRIS
                                        LOTHROP MORRIS
                                        ASSISTANT UNITED STATES ATTORNEY