## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 06-80025-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

        Plaintiff.

vs.

STEVEN PADRON,

_____/

### ORDER ON MOTION FOR PSYCHIATRIC EVALUATION OF DEFENDANT

THIS CAUSE came before the Court on the Government's Amended Motion for Psychiatric Evaluation of Defendant and, the Court being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that:

The Amended Motion is hereby GRANTED. Pursuant to 18 U.S.C. § 3552(b), Dr. Harley Stock, or other qualified consultant in the local community, shall perform a presentence full psychological forensic evaluation specifically related to psychosexual issues on defendant Steven Padron.

**DONE AND ORDERED** at West Palm Beach, Florida, this __18__ day of July, 2007.

*[signature]*
DANIEL T.K. HURLEY
UNITED STATES DISTRICT COURT JUDGE